JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; RALPHA HAROLD MACK, JUNIOR<br><br>Plaintiffs<br><br>v.<br><br>LOMA LINDA HERITAGE ASSOCIATES, A CALIFORNIA LIMITED PARTNERSHIP; SPRUCE GROVE, INC.; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: 5:17-cv-00659-PA-DTB<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY [14]<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

   IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants LOMA LINDA HERITAGE ASSOCIATES, A CALIFORNIA LIMITED PARTNERSHIP; SPRUCE GROVE, INC. be dismissed with prejudice from Plaintiffs' Complaint and Plaintiffs' Complaint be dismissed with prejudice in its entirety, Case Number 5:17-cv-00659-PA-DTB.

**IT IS SO ORDERED.**

Dated: June 22, 2017

Honorable Judge Percy Anderson